IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  1:91CR231-01 |
| Plaintiff, | ) ) | |
| v. | ) | Judge O'Malley |
| RALPH LEE, | ) ) | |
| Defendant. | ) ) | ORDER |

    This matter was before the Court on October 4, 2006, for a hearing on the Government's motion for revocation of defendant Ralph Lee's supervised release.  Lee was present and represented by counsel.

    The Court sentenced this defendant on May 16, 1996, to one hundred fifty-one (151) months custody of the Bureau of Prisons (BOP), followed by four (4) years supervised release to include drug and mental health aftercare.  The defendant's supervision was revoked on November 29, 2005, and was sentenced to six (6) months BOP custody, followed by one (1) years supervised release.  The defendant was found in violation and his supervision was modified on July 5, 2006, to include a period of four (4) months community confinement at Oriana House.

The Probation Officer's report states that Lee has failed to complete his time at Oriana House and has failed to report as instructed to the Probation Officer.

The defendant admits to the violations. The Court finds Lee in violation and revokes supervised release. The defendant is sentenced to four (4) months custody of the BOP, with no further period of supervised release to follow.

The Court recommends to the BOP that the defendant participate in mental health treatment and intensive drug treatment. The defendant shall receive credit for time served in Federal custody.

The defendant is remanded to custody.

IT IS SO ORDERED.

                                                s/ Kathleen M. O'Malley
                                                KATHLEEN McDONALD O'MALLEY
                                                UNITED STATES DISTRICT JUDGE

DATED: October 25, 2006